UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MOTION/STATUS CONFERENCE**

SCULLY

v                                                           Civil: C-01-417

HARTFORD,

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter J. Wolfer (Official)

Courtroom Deputy D. Maury

Law Clerk: L. Ahern

-------------------------------------------------------------------------------------------------------
**Appearances:** G. Whitaker & J. Miller for Pltf; J. Kirkpatrick, C. Bechhold & I. Smith for Deft..

Case called for a Status Conference. Conference held in Chambers. Briefing Schedule established. Order to issue.

Date: Monday, October 6, 2003
TIME: 10:30 a.m. - 10:50 a.m.