UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JESSICA SCULLY, et al.,

      Plaintiffs,

  v.                                                  C-1-01-417

HARTFORD CASUALTY
INSURANCE CO., et al.,

      Defendants.

**ORDER**

    This matter is before the Court following a conference held on October 6, 2003. Pursuant to the record established at the conference, the motion to stay action pending arbitration filed by defendant United Educators Insurance Risk Retention Group, Inc. (United Educators) (doc. 4) is reinstated. United Educators shall have two weeks from the date of this Order to file a supplemental brief in support of its motion, plaintiff Jessica Scully shall have two weeks thereafter to respond, and United Educators shall have two weeks after plaintiff files her response to reply. The motion for summary judgment filed by defendant Hartford Casualty Insurance Company (Hartford) on March 13, 2002 (doc. 35) is denied as moot. Defendant Hartford shall have two weeks from the date of this Order to submit a new motion for summary judgment. Further, Case No. C-1-02-861, which was administratively terminated on January 30, 2003, is

consolidated with this case. Case No. C-1-02-861 remains administratively terminated. All future filings and proceedings shall be in Case No. C-1-01-417.

**IT IS SO ORDERED.**

                                                                       S/Herman J. Weber
                                                     HERMAN J. WEBER
                         SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\01-417con.sched.wpd