IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JESSICA SCULLY, et al. | ) | Case No. C-1-01-417 |
| | ) | |
| Plaintiffs, | ) | Judge Weber |
| | ) | |
| v. | ) | |
| | ) | |
| HARTFORD CASUALTY INSURANCE CO., | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT UNITED EDUCATORS INSURANCE RISK GROUP, INC.'S
WITHDRAWAL OF COUNSEL**

Please take notice that Laurie J. Nicholson is withdrawing as counsel for United Educators Insurance Risk Group, Inc. Christopher M. Bechhold remains as counsel of record for United Educators Insurance Risk Group, Inc.

Dated: 4/19/04

Respectfully submitted,

/s/Christopher M. Bechhold
Christopher M. Bechhold  (0014192)
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio  45202-4089
(513) 352-6790
(513) 241-4771

Attorneys for Defendant United Educators
Insurance Risk Retention Group, Inc.

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Defendant United Educators Insurance Risk Group, Inc.'s Withdrawal of Counsel was served by electronic file, this <u>19</u> day of April, 2004 upon:

| | |
|---|---|
| Glenn V. Whitaker | Jennifer L. Kirkpatrick |
| Vorys, Sater, Seymour and Pease LLP | Freund Freeze & Arnold |
| Suite 2100, Atrium Two | 105 East Fourth St., Suite 1400 |
| 221 East Fourth Street | Cincinnati, Ohio  45202-4006 |
| P.O. Box 0236 | |
| Cincinnati, Ohio  45201-0236 | |

Ralph Gary Winters
McCaslin Imbus & McCaslin
632 Vine Street, Suite 900
Cincinnati, Ohio  45202

               <u>/s/ Christopher M. Bechhold</u>
               Christopher M. Bechhold

480423