IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JESSICA SCULLY, et al. | ) | Case No. C-1-01-417 |
| | ) | |
| Plaintiffs, | ) | Judge Weber |
| | ) | |
| v. | ) | |
| | ) | |
| HARTFORD CASUALTY INSURANCE CO., | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT UNITED EDUCATORS INSURANCE RISK GROUP, INC.'S
WITHDRAWAL OF COUNSEL**

Please take notice that Laurie J. Nicholson is withdrawing as counsel for United Educators Insurance Risk Group, Inc. Christopher M. Bechhold remains as counsel of record for United Educators Insurance Risk Group, Inc.

Dated: 4/19/04

Respectfully submitted,

/s/Christopher M. Bechhold
Christopher M. Bechhold (0014192)
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202-4089
(513) 352-6790
(513) 241-4771

Attorneys for Defendant United Educators
Insurance Risk Retention Group, Inc.