UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JESSICA SCULLY, et al.,

      Plaintiffs,

v.                                          C-1-01-417

HARTFORD CASUALTY
INSURANCE CO., et al.,

      Defendants.

## ORDER

On April 15, 2004, the Court issued an Order granting plaintiffs thirty days to respond to arguments raised by defendants in various filings and to address the specific issue of what impact, if any, the Ohio Supreme Court's recent decision in *Westfield v. Galatis,* 100 Ohio St.3d 216, 797 N.E.2d 1256 (2003) has on plaintiffs' claims against all defendants. Plaintiffs have not filed a response. Because it appears that plaintiffs may no longer have a valid claim for relief under either New York law or Ohio law, plaintiffs are **ORDERED** to show cause, within **twenty days** of the date of this Order, why this action should not be dismissed in light of the Ohio Supreme Court's decision in *Westfield.*

    **IT IS SO ORDERED.**

                                                      S/ Herman J. Weber
                                                          HERMAN J. WEBER
                          SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\01-417sc.wpd