**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**JESSICA SCULLY, et al,**

    Plaintiff,

-vs-                                                                Case No.  C-1-01-417

**HARTFORD CASUALTY,**

    Defendants.

---

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| x | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

This case is Dismissed and Terminated on the docket of this Court at Plaintiffs' cost.


Date:   June 25, 2004                                     JAMES BONINI., CLERK

                                                                       By:s/   Darlene Maury
                                                                       Darlene Maury, Deputy Clerk

Case 1:01-cv-00417-HJW    Document 55    Filed 06/25/2004    Page 2 of 2